**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Eddie Dean FLUKER, Defendant—**
**Appellant.**

No. 05–7528.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 26, 2006.

Decided: Feb. 3, 2006.

Eddie Dean Fluker, Appellant Pro Se.
Julie C. Dudley, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Before LUTTIG, WILLIAMS, and GREGORY, Circuit Judges.

PER CURIAM:

Eddie Dean Fluker appeals the district court's order denying his motion for disclosure of grand jury materials. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Fluker,* No. CR–92–31 (W.D.Va. Sept. 7, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*